**Dismissed and Memorandum Opinion filed September 4, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00671-CR

---

## JOCKQUAIL PIERRE MCCALL, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1364931**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault. In accordance with the terms of a plea bargain agreement with the State, the trial court deferred adjudication of guilt and placed appellant on community supervision for four years. The State subsequently filed a motion to adjudicate guilt. Appellant entered a plea of true to the State's motion, and, in accordance with the terms of a plea bargain with the State, the trial court sentenced appellant to confinement for twelve

years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

Appellant's guilt was adjudicated on April 29, 2014, but the notice of appeal was not filed until August 7, 2014. A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b)